# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ZURICH AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

**v.** **Case No: 6:15-cv-83-Orl-22DAB**

**SUNSHINE FREIGHT CARRIERS, INC. and RAQUEL LIZAOLA,**

**Defendants.**

---

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss Case as Moot (Doc. No. 39), and on Defendant's Motion for Order Determining Entitlement to Award of Costs and Attorney's Fees (Doc. No. 40).

The United States Magistrate Judge has submitted a report recommending that the Motions be GRANTED, with the Court retaining jurisdiction to determine the amount of attorney’s fees.

On January 29, 2016, Plaintiff filed a Notice of Settlement of Attorney’s Fee Claim (Doc. No. 49) advising that the parties amicably resolved Defendant’s claim for attorney’s fees.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 20, 2016 (Doc. No. 48), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion to Dismiss Case as Moot (Doc. No. 39), and Defendant's Motion for Order Determining Entitlement to Award of Costs and Attorney's Fees (Doc. No. 40) are hereby GRANTED.

3. This case is hereby DISMISSED.

4. The Clerk is directed to CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record